EDMONDSON, Circuit Judge,
concurring:
I concur in today’s judgment. And, I agree that markedly insufficient evidence exists in this record to show the racially discriminatory intent which is essential to establish an equal protection violation. (By the way, the record does show that about 70% of both blacks and whites in the county are now registered to vote.)
I write chiefly to point out that, in the light of City of Mobile v. Bolden, 446 U.S. 55, 76-77, 100 S.Ct. 1490, 1505, 64 L.Ed.2d 47 (1980), whether long-established, single-member districts are subject at all to equal protection challenges based on a dilution theory seems doubtful. Given the weak evidence of discriminatory intent in this case, however, Bolden did not need to be interpreted or stressed.